UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTIEN MARTIN #794831,

    Plaintiff,

v.

DUNCAN MACLAREN, et al.,

    Defendants.
_____/

Case No. 2:18-CV-173

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 16, 2020, U.S. Magistrate Judge Maarten Vermaat held an evidentiary hearing on the issue of exhaustion. (ECF No. 65.) On September 23, 2020, Judge Vermaat issued a Report and Recommendation (R.&R.), recommending that the Court find that Defendants have failed to establish that Plaintiff did not exhaust his administrative remedies. (ECF No. 67.) The Court has reviewed the R.&R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R.&R.

**THEREFORE, IT IS HEREBY ORDERED** that the September 23, 2020, Report and Recommendation (ECF No. 67) is **adopted** as the Opinion of the Court. This case shall proceed on Plaintiff's Eighth Amendment claims against Defendants Goings and MacDonald.

Dated: October 19, 2020

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE